Peter M. Rehon (SBN 100123)
Rogelio M. Ruiz (SBN 148500)
REHON & ROBERTS
A Professional Corporation
830 The Alameda
San Jose, CA 95126
Telephone: (408) 494-0900
Facsimile: (408) 494-0909

Attorneys for Plaintiffs and Judgment Creditors
KINGSLEY CAPITAL MANAGEMENT, LLC and
BRUCE PAINE KINGSLEY MD IRA ROLLOVER

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kingsley Capital Management, LLC, an Arizona limited liability company, and Bruce Paine Kingsley MD IRA Rollover,<br><br>Plaintiffs,<br><br>vs.<br><br>SDH Realty, Inc., a Kentucky corporation,<br><br>Defendant. | CASE NO.: CV 11 80 091 MISC<br><br>[PROPOSED] **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*<br><br>Honorable Magistrate Judge Nandor J. Vadas |
| Kingsley Capital Management, LLC, an Arizona limited liability company, and Bruce Paine Kingsley MD IRA Rollover,<br><br>Plaintiffs,<br><br>vs.<br><br>Wilbur A. Huff, an individual,<br><br>Defendant. | |

PAUL CONANT, whose business address and telephone number is Conant and Associates PLC, 2398 East Camelback Road, Suite 925, Phoenix, AZ 85016, telephone: (602) 508-9010, and who is an active member in good standing of the bar of United States District

1

ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
CASE NO. CV-11-80 091 MISC

Court, District of Arizona, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Kingsley Capital Management, LLC, an Arizona limited liability company, and Bruce Paine Kingsley MD IRA Rollover,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: May 11, 2012

~~HONORABLE NANDOR J. VADAS~~
~~UNITED STATES MAGISTRATE JUDGE~~

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
CASE NO. CV-11-80 091 MISC